Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JUNE 29, 2016

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT JAMES PERKINS,

Defendant.

CASE NO. CR16-5305 RBL

INDICTMENT

The Grand Jury charges that:

## COUNT ONE

**(Escape from Custody)**

On or about April 3, 2016, at Tacoma, within the Western District of Washington, ROBERT JAMES PERKINS knowingly escaped from custody in the Tacoma Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Oregon upon an adult conviction for the commission of the offense of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

1  All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL: 6-29-2016

DATED:

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
ANDRÉ M. PEÑALVER
Assistant United States Attorney